UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH CHUDY,<br><br>    Defendant. | Case No. 14-cv-04958-JST<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendant Chudy and DISMISSED this action for failure to exhaust administrative remedies without prejudice to re-filing after administrative remedies have been exhausted. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 1, 2022



JON S. TIGAR
United States District Judge